David Young SBN 55341
11150 Olympic Blvd. Ste. 1050
Los Angeles, CA 90064
Tel. (310) 575-0308
Fax (310) 575-0311
Email: dyounglaw@verizon.net

Attorney for Defendants Brian Ganoe, Donald McKay, and Mac McFarlin.

**FILED**

MAR 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Mag. No. 3:09-mj-0001CMK |
|---|---|
| Plaintiff, | 3:09-mj-0002CMK |
| | 3:09-mj-0003CMK |
| v. | Stipulation to Continue Initial Appearance and [Proposed] Order |
| Brian Ganoe, Donald McKay, and Mac McFarlin | Date: May 5, 2009 |
| Defendants. | Time: 11:00 A.M. |
| | Judge: Hon. Craig M. Kellison |

It is hereby stipulated and agreed between the United States and the defendants, Brian Ganoe, Donald McKay, and Mac McFarlin, through their counsel, David Young, to vacate the initial appearance set for April 7, 2009, at 11:00 A.M. and reschedule the initial appearance to May 5, 2009, at 11:00 A.M.

The defendants request this continuance because they feel this case is primarily civil in nature involving mining claims in the Klamath National Forest, and that adequate

///
///

1

time is needed in order to give them an opportunity to see whether the matters at issue can be settled between Defendants and the United States Forest Service.

DATED: March 25, 2009          By:   /s/ David Young
                                     Attorney for Defendants

DATED: March 25, 2009                LAWRENCE G. BROWN
                                     Acting United States Attorney


                               By:   /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


# [P R O P O S E D] O R D E R

IT IS SO ORDERED:

DATED: 3-25 2009

HONORABLE CRAIG M. KELLISON
United States Magistrate Judge